Tower Brand and Associates, PLLC
Gervais R. Brand #002280
7047 E. Greenway Parkway, Suite 250
Scottsdale, Arizona 85254
602-363-0732
g..brand@att.net

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>*Stephen Lynn Wortman*<br>*SSN xxx-xx-2127* and<br>*Kathy Lynn Wortman*<br>*SSN xxx-xx-7181*<br>Debtor(s). | Case No. 2:09-bk-18255<br><br>**CERTIFICATE OF SERVICE OF OBJECTION TO AMENDED PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CLAIM NUMBER 6-2; AND NOTICE OF BAR DATE TO RESPOND TO OBJECTION** |

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

I, Gervais R. Brand, under oath, depose and say:

That on September 14, 2009, I caused to be mailed a copy of the Objections to Amended Proof of Claim of U.S. Bank National Association, Trustee, Claim Number 6-2 in reference to the above captioned matter, by U.S. mail, postage prepaid, to Tiffany & Bosco, P.A., Mark S. Bosco and Leonard J. McDonald, 2525 East Camelback Road, Suite 300, Phoenix, Arizona 85016. The undersigned further gives notice that the Bar Date for said Claimant is 15 days from Service of these Objections. If Claimant does not file and serve a response to the Objections within the said 15 days the objections may be sustained by the court without further notice or hearing.

TOWER BRAND AND ASSOCIATES, PLLC

BY  /s/ Gervais R. Brand
Gervais R. Brand
7047 E. Greenway Parkway, Suite 250
Scottsdale, Arizona 85254

SUBSCRIBED AND SWORN to before me this _14_ day of September, 2009.



Notary Public: /s/ Kama R Dietz

**Tower Brand and Associates, PLLC**
**Gervais R. Brand #002280**
**7047 E. Greenway Parkway, Suite 250**
**Scottsdale, Arizona 85254**
**602-363-0732**
**g..brand@att.net**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>*Stephen Lynn Wortman*<br>*SSN xxx-xx-2127 and*<br>*Kathy Lynn Wortman*<br>*SSN xxx-xx-7181*<br>    Debtor(s). | Case No. 2:09-bk-18255<br><br>**OBJECTION TO AMENDED PROOF OF CLAIM FILED BY U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CLAIM NUMBER 6-2** |

    Debtors Stephen and Kathy Wortman, by and through counsel undersigned, hereby object to the Amended Proof of Claim filed in the above Bankruptcy by **U.S. Bank National Association as Trustee One Home Compas, MAC ID #2302-04C** for the reasons that:

    (1). The Amended Proof of Claim was not supported by and did not include the original promissory note as alleged to be secured by the Deed of Trust creating the secured interest as described in the Amended Proof of Claim all as required by Rule 3001, Federal Rules of Bankruptcy Procedure. Debtors submit that an Original Promissory Note is not available to support a secured claim;

    (2). The Claimant American Servicing Company is not the *creditor* as required pursuant to Title 11, U.S. Code, Chapter 5, Subchapter I, Section 501, and is therefore not the proper party in interest pursuant thereto; and

    (3). The Claimant, American Servicing Company has not demonstrated that it is a party with proper standing as necessary where Claimant is not the real party in interest.

 Debtors Objection is supported by *In Re: Tyrone Hill, Chapter 13 Debtor, No. 2:08-bk-16161-EWH, U.S. Bankruptcy Court, D. Arizona, July 6, 2009,* and other authorities which establish the essential documentation and other evidence necessary within the State of Arizona to support a claim of secured interest in real property.

    Submitted this __14th__ day of September, 2009.

    Tower Brand and Associates, PLLC

    By _/s/ Gervais R. Brand_
    Gervais R. Brand
    Attorney for Debtors
    7047 E. Greenway Parkway,
    Suite 250
    Scottsdale, Arizona 85254

