Tower Brand and Associates, PLLC
7047 East Greenway Parkway
Suite 250
telephone: 602-363-0732
Gervais R. Brand
Bar No. 002280
Attorney for Debtors/Movants

UNTED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Stephen Lynn Wortman and<br>Kathy Lynn Wortman<br>               Debtors | NO. 2:09-BK-18255<br>Chapter 13<br><br>CERTIFICATE OF SERVICE OF AMENDED OBJECTIONS TO AMENDED PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION, TRUSTEE ONE HOME COMPAS, MAC ID#X2302-04C, CLAIM NUMBER 6-2; AND NOTICE OF BAR DATE TO RESPOND TO OBJECTION |

STATE OF ARIZONA   )
                            ) ss.
County of Maricopa    )

       I, Gervais R. Brand, under oath, depose and say:

       That on October 10, 2009, I caused to be mailed a copy of the Amended Objections to Amended Proof of Claim of U.S. Bank National Association, Trustee, Claim number 6-2 in reference to the above captioned matter, by U.S. mail, postage prepaid, to Tiffany & Bosco, P.A., Mark S. Bosco and Leonard J. McDonald, 2525 east Camelback Road, Suite 300, Phoenix, Arizona 85016. The undersigned further gives notice that the Bar Date for said Claimant is 15 days from Service of these Amended Objections. If Claimant does not file and serve a response to the Amended Objections within the said 15 days the Amended Objections may be sustained by the Court without further notice or hearing.

                                                                            Tower Brand and Associates, PLLC

                                                                            By _/s/ Gervais R. Brand_

Gervais R. Brand
7047 East Greenway Parkway
Suite 250
Scottsdale, Arizona 85254

SUBSCRIBED AND SWORN to before me this 10th day of October, 2009.

Notary Public _____

Bradley J Pike
NOTARY PUBLIC -- ARIZONA
MARICOPA COUNTY
My Commission Expires
July 14, 2012

Tower Brand and Associates, PLLC
7047 East Greenway Parkway
Suite 250
telephone: 602-363-0732
Gervais R. Brand
Bar No. 002280
Attorney for Debtors/Movants

UNTED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Stephen Lynn Wortman and<br>Kathy Lynn Wortman<br>       Debtors | ) NO. 2:09-BK-18255<br>)    Chapter 13<br>)<br>) AMENDED OBJECTION TO<br>) AMENDED PROOF OF CLAIM<br>) FILED BY U.S. BANK NATIONAL<br>) ASSOCIATION, TRUSTEE, ONE HOME<br>) COMPAS, MAC ID#X2302-04C, CLAIM<br>) NUMBER 6-2 |

    Debtors Stephen and Kathy Wortman, by and through counsel undersigned, hereby object to the Amended Proof of Claim filed in the above Bankruptcy matter by U.S. Bank National Association as Trustee One Home Compas, MAC ID #2302-04C for the reasons that:

(1). The Amended Proof of Claim was not supported by and did not include the original promissory note as was intended to be secured by the Deed of Trust creating the secured Interest described in the Amended Proof of Claim. The Amended Proof of Claim is therefore deficient pursuant to Rule 3001, Rules of Bankruptcy Procedure. Debtors submit that no proof has been provided that an original promissory note can be produced;

(2). The Claimant American Servicing Company is not the creditor as required pursuant to Title 11, U.S. Code, Chapter 5, Subchapter 1, Section 501, and is not the proper party in interest;

(3). Neither American Servicing Company nor U.S. Bank National Association has demonstrated that either entity is the proper party or a party with proper standing as a holder of the promissory note and person suffering a loss. Debtors submit that the true holder of the promissory note has not been identified nor has it appeared before this court; and

(4). The Deed of Trust submitted by Claimant is insufficient to create an enforceable secured interest in Real Property in the State of Arizona because the lender was not a beneficiary therein and therefore any secured interest failed at the outset and is unenforceable in this Bankruptcy action.

    Debtors' Amended Objection to Proof of Claim is supported by In Re: Tyrone Hill,

Chapter13 Debtor No. 2:08-bk-16161-EWH, U.S. Bankruptcy Court, D. of Arizona, July 6, 2009, and other authorities which establish the essential elements of a secured interest and the necessary documentation and other evidence required within the State of Arizona and other jurisdictions with similar laws applicable to real property and secured claims.

Submitted October 10, 2009

Tower Brand and Associates, PLLC

By *(signature)* Gervais R. Brand
Gervais R. Brand
**Attorney for Debtors**
7047 East Greenway Parkway,
Suite 250
Scottsdale, Arizona 85254