SO ORDERED.

**Tower Brand and Associates, PLLC**
**7047 East Greenway Parkway**
**Suite 250**
**telephone: 602-363-0732**
**Gervais R. Brand**
**Bar No. 002280**
**Attorney for Debtors/Movants**

Dated: November 02, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

## UNTED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | NO. 2:09-BK-18255 |
| Stephen Lynn Wortman and | ) | Chapter 13 |
| Kathy Lynn Wortman | ) | |
| Debtors | ) | ORDER SUSTAINING |
| | ) | OBJECTIONS TO AMENDED |
| | ) | CLAIM OF U.S. BANK NATIONAL |
| | ) | ASSOCIATION, TRUSTEE ONE |
| _____ | ) | HOME COMPAS, MAC ID#X2302-04C |

Debtors are the record title owners of the residence located at 27815 South Highway 89, Congress, Arizona 85332, Tax parcel No. 201-16-012A, described in Debtors' Chapter 13 Petition in Bankruptcy, and legally described as:

**BEGINNING at a point on the East line of the Southeast quarter of Section 2, Township 9 North, Range 6 West of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, said point being North 950.00 feet from the Southeast Corner of said Section 2;**
**THENCE North 89 degrees, 49 minutes West, 273.64 feet to the Easterly right-of-way Of U.S. Highway 89;**
**THENCE North 08 degrees, 43 minutes West, 166.50 feet along said Easterly right-of-Way line;**
**THENCE South 89 degrees, 54 minutes East, 298.87 feet to a point on said East line Of the Southeast quarter of said Section 2;**
**THENCE South 165.00 feet along said East line to the POINT OF BEGINNING.**

Claimant U.S. Bank National Association as Trustee One Home Campus, MAC ID#X2302-04C by and through Americas Servicing Company, as Servicer, submitted a Chapter 13 Amended Proof of Claim on September 3, 2009, asserting a secured claim in the sum of $302,917.20 claiming collateral in the above described real estate of Debtors. Pursuant to Rule 3007-1, Local Rules of Bankruptcy Procedure, Debtors submitted an AMENDED OBJECTION TO AMENDED PROOF OF CLAIM

FILED BY U.S. BANK NATIONAL ASSOCIATION, TRUSTEE ONE COMPASS, MAC ID #X2302-04C, CLAIM NUMBER 6-2, on October 10, 2009, objecting that the Amended Proof of Claim was not supported by and did not include the original promissory note alleged to be secured by the Deed of Trust creating a secured interest.

Debtors' Objection further placed in issue whether the Amended Proof of Claim was submitted by the proper party to make such a claim, whether the party submitting the Amended Proof of Claim is a party with standing, and whether the Deed of Trust was sufficient to establish a secured interest, all as required by Rule 3001, Rules of Bankruptcy Procedure, as essential to the documentation and other evidence necessary to support a claim of secured interest in real property.

**A CERTIFICATE OF SERVICE OF OBJECTION TO AMENDED PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CLAIM NUMBER 6-2; AND NOTICE OF BAR DATE TO RESPOND TO OBJECTION** was likewise filed and mailed pursuant to Local Rule 3007-1, on October 10, 2009, to Tiffany & Bosco, P.A., Mark S. Bosco and Leonard McDonald, 2525 East Camelback Road, Suite 300, Phoenix, Arizona 85016, giving Claimant notice of Objections and a 15 day Bar Date to serve a response.

No response having been filed, and good cause appearing upon Debtors' application

**IT IS ORDERED that the Objections to the Amended Proof of Claim of U.S. BANK NATIONAL ASSOCIATION, Trustee, Claim Number 6-2 in the above matter, shall be and they are hereby sustained.**
DATED this _____ day of November, 2009.

_____
**Judge of the Bankruptcy Court,
District of Arizona**