**Tower Brand and Associates, PLLC**
**7047 East Greenway Parkway**
**Suite 250**
**telephone: 602-363-0732**
**Gervais R. Brand**
**Bar No. 002280**
**Attorney for Debtors/Movants**

**Dated: February 18, 2010**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

## UNTED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | NO. 2:09-BK-18255 |
| Stephen Lynn Wortman and | ) | Chapter 13 |
| Kathy Lynn Wortman | ) | |
| Debtors | ) | ORDER SUSTAINING |
| | ) | OBJECTIONS TO CLAIM OF U.S. |
| _____ | ) | BANK NATIONAL ASSOCIATION, |
| | | TRUSTEE, ONE HOME COMPAS, |
| | | MAC I D#X2302-04C, DATED |
| | | NOVEMBER 18, 2009 |

Debtors are the record title owners of the residence located at 27815 South Highway 89, Congress, Arizona 85332, Tax parcel No. 201-16-012A, described in Debtors' Chapter 13 Petition in Bankruptcy, and legally described as:

> **BEGINNING at a point on the East line of the Southeast quarter of Section 2, Township 9 North, Range 6 West of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, said point being North 950.00 feet from the Southeast Corner of said Section 2;**
> **THENCE North 89 degrees, 49 minutes West, 273.64 feet to the Easterly right-of-way Of U.S. Highway 89;**
> **THENCE North 08 degrees, 43 minutes West, 166.50 feet along said Easterly right-of-Way line;**
> **THENCE South 89 degrees, 54 minutes East, 298.87 feet to a point on said East line Of the Southeast quarter of said Section 2;**
> **THENCE South 165.00 feet along said East line to the POINT OF BEGINNING.**

Claimant U.S. Bank National Association as Trustee One Home Campus, MAC ID#X2302-04C

by and through Americas Servicing Company, as Servicer, submitted a Chapter 13 Proof of Claim on

November 18, 2009, re-asserting a secured claim in the sum of $302,917.20 duplicating a prior claim

submitted on September 3, 2009, which was itself objected to and objections sustained by order dated

November 2, 2009, and the November 18, 2009 claim sought collateral in the above described real estate of Debtors. Pursuant to Rule 3007-1, Local Rules of Bankruptcy Procedure. Debtors submitted an OBJECTION TO PROOF OF CLAIM FILED BY U.S. BANK NATIONAL ASSOCIATION, TRUSTEE ONE COMPASS, MAC ID #X2302-04C, on December 16, 2009, objecting that the November 18, 2009 Proof of Claim was a duplication of the previously denied claim without filing a Motion for Relief from the previous denial, and for the further reasons that the same issues the basis for the original objections to the earlier Proof of Claim and never been resolved by the new November 18, 2009 Proof of Claim.

A **CERTIFICATE OF SERVICE OF OBJECTION TO AMENDED PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION, AND NOTICE OF BAR DATE TO RESPOND TO OBJECTION** was filed and mailed pursuant to Local Rule 3007-1, on December 16, 2009, to Tiffany & Bosco, P.A., Mark S. Bosco and Leonard McDonald, 2525 East Camelback Road, Suite 300, Phoenix, Arizona 85016, giving Claimant notice of Objections and a 15 day Bar Date to serve a response to the latest Objections filed as to the duplicate claim dated November 18, 2009.

No response having been filed, to the Debtors' Objections to the November 18, 2009 Proof of Claim and good cause appearing upon Debtors' application

**IT IS ORDERED that the December 16, 2009, Objections to the Proof of Claim of U.S. BANK NATIONAL ASSOCIATION, Trustee, Claim Dated November 18, 2009, in the above matter, shall be and they are hereby sustained and said duplicate claim is hereby disallowed.**

**DATED this _____ day of February, 2010.**

_____
**Judge of the Bankruptcy Court,
District of Arizona**